# Third District Court of Appeal

## State of Florida

Opinion filed August 6, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D13-1396 & 3D13-1274
Lower Tribunal No. 10-45095
_____

**Bay Point Schools, Inc., etc.,**
Appellant,

vs.

**Bay Point School Properties, Inc.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Marcia B. Caballero and Antonio Arzola, Judges.

Rasco Klock Perez & Nieto, and Joseph P. Klock, Jr. and Roberto E. Moran, for appellant.

White & Case LLP, and Raoul G. Cantero, David P. Draigh, and Jesse L. Green; Law Offices of Thomas Manick, P.A., and Thomas E. Manick, for appellee.

Before SUAREZ, SALTER, and LOGUE, JJ.

PER CURIAM.

Affirmed.  See Coral Reef Drive Land Dev., LLC v. Duke Realty Ltd. P'ship, 45 So. 3d 897, 902 (Fla. 3d DCA 2010).